From:Court Link Inc.                714 836 4449                07/15/2013 17:00         #242 P.005/014

```
 1  Michael W. Collins, State Bar# 197829
    Law Offices of Collins & Lamore
 2  Attorneys at Law
    8 Whatney #102
 3  Irvine, CA 92618
    (949) 581-9300; FAX# (480) 287-8507
 4
    Attorney for Plaintiff
 5
```

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| Don Martin, | Case No.: SACV13 - 01046 JST (RNBx) |
| Plaintiff, | COMPLAINT |
| vs. | DEMAND FOR JURY TRIAL |
| CURTIS O. BARNES, A PROFESSIONAL CORPORATION; and Does 1 – 10, | 15 United States Code § 1692 et seq and CA Civ. Code §1788 et seq; |
| Defendants | |

Plaintiff, DON MARTIN, based on information and belief and investigation of counsel, except for those allegations which pertain to the named Plaintiff (which are alleged on personal knowledge), hereby makes the following allegations:

## I. INTRODUCTION

1. This action for actual damages, statutory damages, attorney fees and costs is brought by an individual consumer for Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. (hereinafter "FDCPA") and the Rosenthal Fair Debt Collection Practices Act, CA Civ. Code §1788 et seq. (hereinafter "RFDCPA") which prohibits debt collectors from engaging in abusive, deceptive and unfair practices.

COMPLAINT - 1

2. According to 15 U.S.C.§ 1692:

    a. There is abundant evidence of the use of Abusive, deceptive, and unfair debt collection practices by many debt collectors. Abusive debt collection practices contribute to the number of personal bankruptcies, to Marital instability, to the loss of jobs, and to invasions of individual privacy.

    b. Existing laws and procedures for redressing these Injuries are inadequate to protect consumers.

    c. Means other than misrepresentation or other abusive debt collection practices are available for the effective collection of debts.

    d. Abusive debt collection practices are carried on to a substantial extent in interstate commerce and through means and instrumentalities of such commerce. Even where abusive debt collection practices are purely intrastate in character, they nevertheless directly affect interstate commerce.

    e. It is the purpose of this title to eliminate abusive debt collection practices by debt collectors, to insure that those debt collectors who refrain from using abusive debt collection practices are not competitively disadvantaged, and to promote consistent State action to protect consumers against debt collection abuses.

## II. JURISDICTION

3. Jurisdiction of this Court arises under 15 U.S.C. § 1692K(d) and 28 U.S.C. §§ 2201 AND 2202.

4. This action arises out of Defendant's violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

////

////

## III. VENUE

5. Venue in this judicial district is proper pursuant to 28 U.S.C. § 1391(b), in that a substantial part of the events or omissions giving rise to the claim occurred in this judicial district. Venue is also proper in this judicial district pursuant to 15 U.SC. § 1692k(d), in that Plaintiff resides in this judicial district and Defendant transacts business in this judicial district and some of the facts related to the violations of the FDCPA complained of occurred in this judicial district.

## IV. INTRADISTRICT ASSIGNMENT

6. This lawsuit should be assigned to the Southern Division of this Court because Plaintiff resides in Orange County and a substantial part of the events or omissions which gave rise to this lawsuit occurred in Orange County.

## V. PARTIES

7. Plaintiff, DON MARTIN (hereinafter "Plaintiff"), is a natural person residing in Mission Viejo, CA. Plaintiff is a "consumer" within the meaning of 15 U.S.C. § 1692a(3.

8. Plaintiff is informed and believes, and thereon alleges that Defendant, CURTIS O. BARNES, A PROFESSIONAL CORPORATION (hereinafter "BARNES"), is or was at all relevant times, a professional corporation (law firm) engaged in the business of collecting debts in this state with its principal place of business appearing to be located at 390 W. Cerritos, Anaheim, CA 92805.

9. The principal business of BARNES is the collection of debts using the mails and telephone, and BARNES regularly attempts to collect debts alleged to be due another. BARNES is a "debt collector" within the meaning of 15 U.S.C. § 1692A(6).

10. Does 1 – 10 are additional persons or entities responsible in some way for the harms suffered by Plaintiff as alleged herein, and will be named by their true names upon discovery thereof.

## VI. FACTUAL ALLEGATIONS

11. Plaintiff is alleged to have incurred a financial obligation due to Velocity Investments, LLC assignee of HSBC Bank (hereinafter "the alleged debt"). The alleged debt was incurred primarily for personal, family or household purposes and is therefore a "debt" as that term is defined by 15 U.S.C. § 1692a(5).

12. Plaintiff is informed and believes, and thereon alleges, that sometime thereafter, the alleged debt was placed, assigned or otherwise transferred to Defendant for collection from Plaintiff.

13. On or about 10/18/12, Plaintiff received a letter (on white plain letterhead) from Defendant advising Plaintiff, in addition to his rights to dispute bill within 30 days as required pursuant to FDCPA/RFDCPA, that the alleged debt "has been placed with this firm …. for collection" and that "At this time, **no attorney with this firm has evaluated the particular circumstances of your account for purposes of possible legal action**". (A true and correct copy of said letter is attached hereto as Exhibit "A").

14. On or about 11/08/12, within the 30 day validation period, Plaintiff received a second letter (on fancy blue color letterhead) from Defendant advising Plaintiff with conflicting information that "This law firm has been engaged to file a lawsuit against you …… we intend to file a civil lawsuit against you in compliance with our client's instructions. If you desire to resolve matter without a lawsuit, please call…". The letter further indicates that "the lawsuit filed" would carry with it various consequences. In essence, the letter states suit is imminent (or already filed) and failure to act will have dire consequences. While no time limits are mentioned, it is clear immediate action to pay "or else" is implied (A true and correct copy of said letter is attached hereto as Exhibit "B").

15. Plaintiff is informed and believes, and thereon alleges, that the 2nd letter drafted on fancy blue letterhead sent overshadows the language in the first letter drafted on plain white letterhead that the alleged debtor has thirty days in which to dispute the debt in violation of 15 U.S.C. 1692g(b).

16. Plaintiff is informed and believes that Defendant has mischaracterized and misrepresented the true source or nature of the collection communications by claiming that Defendant was on the one hand retained to collect with no attorney review and then 21 days later claiming to have been retained to file suit necessarily requiring legal evaluation, in violation of 15 U.S.C. § 1692e(3), and 1692e(10);

## VII. CLAIMS COUNT I - FDCPA
### FAIR DEBT COLLECTION PRACTICES ACT

17. Plaintiff brings a claim for relief against Defendant under the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692 et seq.

18. Plaint. incorporates all paragraphs of Complaint as though fully set forth herein.

19. Plaintiff is a "consumer" as defined by the FDCPA, 15 U.S.C. § 1692a(3).

20. Defendant, BARNES, is a "debt collector" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(6).

21. The financial obligation alleged to be owed by Plaintiff is a "debt" as that term is defined by the FDCPA, 15 U.S.C. § 1692a(5).

22. Defendant has violated the FDCPA, The violations  The violations include, but are not limited to, the following.
    a. BARNES overshadowed the required notice per USC §1692g(a) in violation of 15 U.S.C. § 1692g(b);
    b. BARNES misrepresented the true source or nature of the collection communications, in violation of 15 U.S.C. § 1692e(3) and 1692e(10);

23. Defendant's acts as described above were done intentionally with the purpose of coercing Plaintiff to pay the alleged debt.

24. As a result of Defendant's FDCPA violations, Plaintiff is entitled to an award of statutory damages, actual damages, costs and reasonable attorneys fees, pursuant to 15U.S.C. § 1692k.

## VIII. CLAIMS COUNT I - RFDCPA

## ROSENTHAL FAIR DEBT COLLECTION PRACTICES ACT

25. Plaintiff reincorporates by reference all of the preceding paragraphs.

26. To the extent that Defendant's actions, recounted above, violated the RFDCPA CA Civil Code §1788 et al., those actions were done knowingly and willfully.

27. As a result of Defendant's RFDCPA violations, Plaintiff is entitled to an award of statutory damages, actual damages, costs and reasonable attorneys fees, pursuant to CA Civ. Code §1788.30.

## IX. REQUEST FOR RELIEF

Plaintiff requests that this Court:

    a) Assume Jurisdiction in this proceeding;

    b) Declare that Defendant violated the Fair Debt Collection Practices Act, 15 U.S.C. §§ 1692g(b), 1692e(3), 1692e(10) and such other statutes that may be proven at trial;

    c) Declare that Defendant violated the Rosenthal Fair Debt Collection Practices Act, CA Civil Code §1788 et al., and such other statutes that may be proven at trial;

d) Award Plaintiff statutory damages in an amount not exceeding $1,000 for each occurrence, pursuant to 15 U.S.C. § 1692k(a)(2)(A) and an additional $1,000 for each occurrence, pursuant to CA Civil Code §1788.30(b) ;

e) Award Plaintiff actual damages as may be proven at trial;

f) Award Plaintiff the costs of this action and reasonable attorneys fees pursuant to 15U.S.C. § 1692k(a)(3);

g) Award Plaintiff such other and further relief as may be just and proper.

Law Offices of Collins & Lamore

_____
Michael W. Collins, Esq.
Attorney for Plaintiff

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, Don Martin, hereby demands a trial by jury of all triable issues of fact in the above-captioned case.

_____
Michael W. Collins, Esq.

**Exhibits "A"**

## LAW OFFICE OF
## CURTIS O BARNES, PC
PO BOX 1390
ANAHEIM CA 92815-1390
PH: 866-477-8222  FX: 866-477-8227

CALIFORNIA | OHIO | COLORADO

Exhibit A-1

October 18, 2012

Don Martin
22726 Via Santa Rosa
Mission Viejo CA 92691-1831

| | |
|---|---|
| **Total Amount Due:** | $9,187.31 |
| Account Name: | HSBC Bank Nevada, N.A. |
| Account Number: | XXXXXXXXX24808 |
| Creditor: | Velocity Investments, LLC |
| Our File Number: | 966049 |

Dear Don Martin:

The obligation referred to above in the amount of $9,187.31 has been placed with this firm by Velocity Investments, LLC for collection. Your account has been sold and is now owned by our client. HSBC Bank Nevada, N.A. no longer has an interest in this account. All future payments are to be made to this firm for the benefit of our client.

If you agree that you owe the amount shown above, please pay the **Total Amount Due**. You may make your payment by personal check (payable to the **Law Office of Curtis O Barnes** and indicating your file number) or by electronic check by calling us. In the alternative, you can make your payment by electronic check or credit or debit card, by going to the web address listed in the box below. If you have any questions regarding this matter, please contact this office, toll free, at **866-477-8222**, or contact us as provided on the reverse side of this letter.

Please note that your account has been placed with this firm to seek a voluntary resolution. At this time, no attorney with this firm has evaluated the particular circumstances of your account for purposes of possible legal action. Nevertheless, this matter deserves your prompt attention!

Sincerely,

*Law Office of Curtis O Barnes, PC*

If you have a complaint about treatment you received from a member of our staff, please call our complaint hotline, toll free, 866-378-8551.

### NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION

966049
Law Office of Curtis O Barnes
PO Box 1390
Anaheim CA 92815-1390



Office Hours (Pacific):
M 6am - 9pm | T-Th 6am - 5pm | Fri 6am - 12:30pm

Don Martin
22726 Via Santa Rosa
Mission Viejo CA 92691-1831

**PAY ONLINE - 24 / 7**
Use your checking account, credit or debit card online. Click on **Make a Payment** at:
http://www.locob.com.

**MONEYGRAM - 24 / 7**
Use cash, check, credit or debit card at a Moneygram location. Find a location online at:
http://www.moneygram.com.

Company Name: **LOCOB**
Receive Code: 4626   File Number: [966049]



Exhibit A-2

## IMPORTANT INFORMATION

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

Unless you notify this office within thirty days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will assume this debt is valid. Upon your written notification to this office within thirty days from receiving this notice that you dispute the validity of this debt, or any portion thereof, this office will obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such verification or judgment. Upon your written request to this office within thirty days from receiving this notice, we will provide you with the name and the address of the original creditor, if different from the current creditor.

This law firm may monitor or record your calls. If this practice is unacceptable to you, please advise your representative at the beginning of each call.

As of the date of this letter you owe the "Total Amount Due" stated on the front side of this letter. However, the Total Amount Due may increase from time to time because of your obligations, including interest. Accordingly, the Total Amount Due on the day you pay may be greater than the amount stated on the front side of this letter.

This law firm employs some persons who are not attorneys and who are not engaged in the practice of law. The fact that such persons are employees of this law firm should not cause you to assume that any particular employee is an attorney. If you are uncertain whether you are speaking with an attorney, please feel free to inquire of that individual.

When you provide a check as payment, you authorize us either to use information from your check to make a one time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution.

**Additional California Notice**

The California Rosenthal Fair Debt Collection Practices Act ("California Act") and the federal Fair Debt Collection Practices Act require that, except under unusual circumstances, collectors may not contact you before 8 a.m. or after 9 p.m. They may not harass you by using threats of violence or arrest or by using obscene language. Collectors may not use false or misleading statements or call you at work if they know or have reason to know that you may not receive personal calls at work. For the most part, collectors may not tell another person, other than your attorney or spouse, about your debt. Collectors may contact another person to confirm your location or enforce a judgment. For more information about debt collection activities, you may contact the Federal Trade Commission at 1-877-ftc-help or www.ftc.gov.

**Residentes de California**

La ley estatal de California Rosenthal y la ley de Cobranza Imparical de Deudas (FDCPA) requieren que, salvo circunstancias excepcionales, cobradores no le pueden contactar con Ud. antes de las 8 de la mañana y después de las 9 de la noche. Ellos no pueden molestarle usando amenazas de violencia o de arresto o usando palabras obscenas. Los cobradores no pueden usar información falsa o engañosa o contactarle en su trabajo si ellos saben o tienen razón de saber qu Ud. no puede recibir llamadas personales en el trabajo. Generalmente, los cobradores pueden hablar con nadien, aparte de su abogado o su esposo/esposa, sobre su deuda. Los cobradores pueden hablar con otra persona para confirmar su dirección o hacer cumplir una sentensia. Para mas información sobre las actividades de cobranza, Ud. puede llamar gratis al 1-877-FTC-HELP (1-877-382-4357); o puede visitar www.ftc.gov.

**Exhibits "B"**


Exhibit B-1

## LAW OFFICE OF
## CURTIS O BARNES, PC
PO Box 1390
ANAHEIM CA 92815-1390
PH: 866-477-8222  FX: 866-477-8227

CALIFORNIA | OHIO | COLORADO

November 08, 2012

Don Martin
22726 Via Santa Rosa
Mission Viejo CA 92691-1831

| | |
|---|---|
| Total Amount Due: | $9,187.31 |
| Account Name: | HSBC Bank Nevada, N.A. |
| Account Number: | ~~~~~~~~~4808 |
| Creditor: | Velocity Investments, LLC |
| Our File Number: | 966049 |

Dear Don Martin:

This law firm has been engaged to file a lawsuit against you in California to recover the obligation you incurred with HSBC Bank Nevada, N.A., referred to above.

Pursuant to Section 1033 of the California Code of Civil Procedure, you are hereby notified that the lawsuit filed by this office could result in a judgment against you which could include costs of filing the suit, costs for service of process, interest at the original contract rate, and attorney fees.

In the event a judgment is rendered against you, the following post-judgment proceedings may be instituted:

1. A garnishment can be filed upon your non-exempt wages;
2. Your non-exempt personal property is subject to execution by the county sheriff or bailiff of the court; and
3. A judgment lien can be filed against all real property owned by you in California.

We intend to file a civil lawsuit against you in compliance with our client's instructions. If you desire to resolve the matter without a lawsuit, please call the litigation department at 866-477-8222, extension 5009.

Sincerely,

*Law Office of Curtis O Barnes, PC*

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

966049
Law Office of Curtis O Barnes
PO Box 1390
Anaheim CA 92815-1390



Office Hours (Pacific): M-F 6am - 5pm


Don Martin
22726 Via Santa Rosa
Mission Viejo CA 92691-1831

22266 - 3



22266-1033CA-3



Exhibit B-2

## IMPORTANT INFORMATION

This communication is from a debt collector and is an attempt to collect a debt. Any information obtained will be used for that purpose.

This law firm may monitor or record your calls. If this practice is unacceptable to you, please advise your representative at the beginning of each call.

This law firm employs some persons who are not attorneys and who are not engaged in the practice of law. The fact that such persons are employees of this law firm should not cause you to assume that any particular employee is an attorney. If you are uncertain whether you are speaking with an attorney, please feel free to inquire of that individual.

As of the date of this letter you owe the "Total Amount Due" stated on the front side of this letter. However, the Total Amount Due may increase from time to time because of your obligations, including interest. Accordingly, the Total Amount Due on the day you pay may be greater than the amount stated on the front side of this letter.

When you provide a check as payment, you authorize us either to use information from your check to make a one-time electronic fund transfer from your account or to process the payment as a check transaction. When we use information from your check to make an electronic fund transfer, funds may be withdrawn from your account as soon as the same day you make your payment, and you will not receive your check back from your financial institution.

From:Court Link Inc.　　　　714 836 4449　　　　07/15/2013 17:03　　　#242 P.009/014

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Josephine Tucker and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV13- 1046 JST (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

---

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)　　　NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

From:Court Link Inc.           714 836 4449           07/15/2013 17:01      #242 P.006/014

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
Don Martin

**DEFENDANTS**
CURTIS O. BARNES, A PROFESSIONAL CORPORATION; and Does 1-10

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Michael W. Collins, State Bar# 197829, Law Offices of Collins & Lamore Attorneys at Law, 8 Whatney #102, Irvine, CA 92618
(949) 581-9300; FAX# (480) 287-8507

**Attorneys (If Known)**

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in this State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:  JURY DEMAND:** ☒ Yes  ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ 2,000

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
FDCPA 15 USC 1692; Violation of Fair Debt Collection Practices Act

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 530 General | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 535 Death Penalty | |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | | | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☒ 480 Consumer Credit | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 490 Cable/Sat TV | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 810 Selective Service | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 891 Agricultural Act | ☐ 195 Contract Product Liability | | ☐ 444 Welfare | | ☐ 861 HIA (1395ff) |
| ☐ 892 Economic Stabilization Act | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 445 American with Disabilities - Employment | ☐ 630 Liquor Laws | ☐ 862 Black Lung (923) |
| ☐ 893 Environmental Matters | REAL PROPERTY | | | ☐ 640 R.R. & Truck | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 894 Energy Allocation Act | ☐ 210 Land Condemnation | | IMMIGRATION | ☐ 650 Airline Regs | ☐ 864 SSID Title XVI |
| ☐ 895 Freedom of Info. Act | ☐ 220 Foreclosure | | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 865 RSI (405(g)) |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 230 Rent Lease & Ejectment | | | ☐ 690 Other | FEDERAL TAX SUITS |
| | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| | ☐ 245 Tort Product Liability | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | ☐ 465 Other Immigration Actions | | | |

**FOR OFFICE USE ONLY:** Case Number: **SACV13 - 01046 JST (RNBx)**

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)                              CIVIL COVER SHEET                              Page 1 of 2

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No ☐ Yes
If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:
(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, and one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(c) List the County in this District; California County outside of this District; State if other than California, or Foreign Country, in which EACH claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

**X. SIGNATURE OF ATTORNEY (OR PRO PER):** Michael W. Collins    Date 07/14/2013

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969 (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

CV-71 (05/08)                                CIVIL COVER SHEET                                Page 2 of 2